1  Louis E. Garfinkel, Esq.
   Nevada Bar No. 3416
2  LEVINE & GARFINKEL
3  1671 W. Horizon Ridge Pkwy, Suite 230
   Henderson, NV 89012
4  Tel: (702) 673-1612
   Fax: (702) 735-0198
5  Email: lgarfinkel@lgealaw.com
   *Attorneys for Defendant CLA Properties LLC*
6

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  SHAWN BIDSAL,                          Case No.: 2:19-cv-00605-APG-PAL

12                  Plaintiff/Movant,

    vs.                                    **STIPULATION AND ORDER FOR**
13                                         **EXTENSION OF TIME TO FILE**
    CLA PROPERTIES, LLC, a California limited   **REPLY IN SUPPORT OF MOTION**
14  liability company,                     **FOR ATTORNEY'S FEES**
                                           **(FIRST REQUEST)**
15                  Defendant.

16  _____

17
        It is stipulated by and between Plaintiff/Movant Shawn Bidsal ("Bidsal") and Defendant
18
    CLA Properties, LLC ("CLA"), through their undersigned counsel, as follows:
19
            1.      On July 8, 2019 Defendant CLA filed its Motion For Attorney's Fees [ECF 44].
20
            2.      On July 22, 2019 Plaintiff/Movant Bidsal filed his Opposition to CLA Properties,
21
    LLC's Motion For Attorney's Fees [ECF 45].
22
            3.      Defendant CLA's Reply is currently due on or before July 29, 2019.
23
            4.      Defendant CLA is seeking a one (1) week extension such that its Reply will be due
24
    on or before August 5, 2019.
25
            5.      This extension is being sought because CLA's counsel just returned from a
26
    scheduled vacation and requires additional time to file a Reply. This is the first extension being
27
    requested by Defendant CLA.
28

Dated this 24th day of July, 2019.

SMITH & SHAPIRO, PLLC

By: /s/ James E. Shapiro, Esq.
    James E. Shapiro, Esq.
    (Nevada Bar No. 7907)
    Sheldon A. Herbert, Esq.
    (Nevada Bar No. 5988)
    3333 E. Serene Ave., Suite 130
    Henderson, NV 89074
*Attorneys for Plaintiff/Movant Shawn Bidsal*

Dated this 24th day of July, 2019.

LEVINE & GARFINKEL

By: /s/ Louis E. Garfinkel, Esq.
    Louis E. Garfinkel, Esq.
    (Nevada Bar No. 3416)
    1671 W. Horizon Ridge Pkwy, Suite 230
    Henderson, NV 89012
*Attorneys for Defendant CLA Properties LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 26, 2019
_____